No. 05–376. INVENTION SUBMISSION CORP. *v.* DUDAS, UNDER-SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND AS DIRECTOR, PATENT AND TRADEMARK OFFICE. C. A. 4th Cir. Certiorari denied.

No. 05–378. HARRIS ET AL. *v.* DUDAS, DIRECTOR, PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 05–395. CROPLIFE AMERICA ET AL. *v.* WASHINGTON TOXICS COALITION ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–434. SKOKOMISH INDIAN TRIBE ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–443. GIORANGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–445. LUMMI NATION ET AL. *v.* SAMISH INDIAN TRIBE ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–450. COON *v.* COON. Sup. Ct. S. C. Certiorari denied.

No. 05–451. CITY OF MANSFIELD, OHIO, ET AL. *v.* MCKINLEY. C. A. 6th Cir. Certiorari denied.

No. 05–466. SCHEELER, INDIVIDUALLY AND ON BEHALF OF SCHEELER, ET AL. *v.* CITY OF ST. CLOUD, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–468. ROE *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–473. BHADELIA *v.* MARINA CLUB OF TAMPA, HOMEOWNERS ASSN., INC. C. A. 11th Cir. Certiorari denied.

No. 05–478. BRYANT *v.* COMPASS GROUP USA, INC., DBA CHARTWELLS. C. A. 5th Cir. Certiorari denied.

No. 05–482. DELTA WESTERN GROUP, LLC *v.* RUTH U. FERTEL, INC., ET AL. C. A. 10th Cir. Certiorari denied.